**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Dana Gilbert,

       Plaintiff,

  v.

CitiGroup, Inc.,

       Defendants.
_____/

Case No. C08-0385 JL

RECUSAL ORDER

TO ALL PARTIES AND COUNSEL OF RECORD:

This Court recuses itself from hearing this matter. The Clerk shall reassign this matter forthwith to another judge.

IT IS SO ORDERED.

Dated: January 25, 2008

JAMES LARSON
United States Magistrate Judge