POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Edward J Wynne, 165819<br>WYNNE LAW FIRM<br>100 Drakes Landing Road Suite 275<br>Greenbrae, CA 94904<br>TELEPHONE NO.: (415) 461-6400<br>ATTORNEY FOR *(Name)*: Plaintiff | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 | |
| PLAINTIFF/PETITIONER: Dana Gilbert<br>DEFENDANT/RESPONDENT: Citigroup, Inc. | CASE NUMBER:<br>C-08-0385-SC |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>Citigroup |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons, Civil Case Cover Sheet, Recusal Order, Complaint, Reassignment Order, Clerks Notice, Case Schedule-ADR Multi-Option Program, Notice of Assignment of Case to a United States Magistrate, Consent to Proceed Before a Magistrate Judge, Declination to Proceed Before A Magistrtate Judge, ECF Registration, Welcome to the U.S. District Court Packet

3. a. Party served: Citigroup, Inc.

   b. Person Served: Robert Feldman - Person authorized to accept service of process

4. Address where the party was served: One Sansome Street
   San Francisco, CA 94104

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or *(date)*: 4/28/2008      (2) at *(time)*: 1:13 PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   c. on behalf of:

   Citigroup, Inc.

   under:      CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:            Chris Beale
   b. Address:         One Legal - 194-Marin
                       504 Redwood Blvd #223
                       Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 44.00
   e. I am:
      (3) registered California process server.
          (i) Employee or independent contractor.
          (ii) Registration No.: 1020
          (iii) County ALAMEDA

**BY FAX**

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 4/28/2008

Chris Beale
(NAME OF PERSON WHO SERVED PAPERS)                                  *Chris Beale* (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6661136