POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Edward J Wynne, 165819<br>WYNNE LAW FIRM<br>100 Drakes Landing Road Suite 275<br>Greenbrae, CA 94904<br>TELEPHONE NO.: (415) 461-6400<br>ATTORNEY FOR (Name): Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF/PETITIONER: Dana Gilbert
DEFENDANT/RESPONDENT: Citigroup, Inc.

CASE NUMBER: C-08-0385-SC

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: Citigroup

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons, Civil Case Cover Sheet, Recusal Order, Complaint, Reassignment Order, Clerks Notice, Case Schedule-ADR Multi-Option Program, Notice of Assignment of Case to a United States Magistrate, Consent to Proceed Before a Magistrate Judge, Declination to Proceed Before A Magistrtate Judge, ECF Registration, Welcome to the U.S. District Court Packet

3. a. Party served: Citigroup, Inc.

   b. Person Served: Mary Am Poira - Person authorized to accept service of process

4. Address where the party was served: 2255 Contra Costa Blvd
   Pleasant Hill, CA 94523

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): 4/28/2008    (2) at (time): 2:00 PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   Citigroup, Inc.

   under:    CCP 416.10 (corporation)

7. Person who served papers
   a. Name:           Clarence Randolph
   b. Address:        One Legal - 194-Marin
                      504 Redwood Blvd, Suite 223
                      Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 115.00
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No. 822
         (iii) County ALAMEDA

**BY FAX**

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 4/29/2008

Clarence Randolph
(NAME OF PERSON WHO SERVED PAPERS)                                    (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6661551