**WYNNE LAW FIRM**
Edward J. Wynne    (SBN 165819)
100 Drakes Landing Road Ste. 275
Greenbrae, CA 94904
Telephone: 415-461-6400
Facsimile: 415-461-3900

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA GILBERT, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>CITIGROUP, INC.,<br><br>Defendant. | Case No. C-08-0385-SC<br><br>JOINT STIPULATION AND [PROPOSED] ORDER PERMITTING FILING OF SECOND AMENDED COMPLAINT |

The parties enter into this Stipulation Permitting Plaintiff to File a Second Amended Complaint.

WHEREAS Plaintiff filed the Complaint in this matter on January 22, 2008 naming Citigroup, Inc. as a defendant; and

WHEREAS Plaintiff filed the First Amended Complaint on March 27, 2008 adding certain causes of action; and

WHEREAS Plaintiff caused the First Amended Complaint to be served on defendant Citigroup, Inc. on April 28, 2008; and

WHEREAS Defendant contends that Citigroup, Inc. is not the proper legal vehicle related to the claims in this case and that, based on the claims asserted in the First Amended Complaint, the proper legal vehicle related to the claims alleged in the First Amended Complaint is Citibank, N.A.;

WYNNE LAW FIRM
100 DRAKES LANDING ROAD
SUITE 275
GREENBRAE, CA 94904
(415) 461-6400
WWW.WYNNELAWFIRM.COM

1
JOINT STIPULATION AND [PROPOSED] ORDER PERMITTING FILING OF SECOND AMENDED COMPLAINT
C-08-0385-SC

WHEREAS Plaintiff cannot verify, one way or the other, Defendant's contention at this point as discovery has no yet commenced; and

WHEREAS the parties have mutually agreed that Plaintiff should be allowed to amend the First Amended Complaint to name Citibank, N.A., as a defendant in this action.

IT IS HEREBY STIPULATED BY THE PARTIES AS FOLLOWS:

1. Plaintiff may file a Second Amended Complaint naming Citibank, N.A., as a defendant in this action.

2. Plaintiff shall file her Second Amended Complaint within ten (10) days of service of the Order granting her leave to amend.

3. Defendants Citigroup, Inc. and Citibank, N.A. shall have twenty (20) days after service of the Second Amended Complaint to respond thereto.

4. Nothing in this Stipulation shall be deemed a waiver by Citigroup, Inc. of any argument that it is not a proper party to this matter.

Dated: May 21, 2008

WYNNE LAW FIRM

_____
Edward J. Wynne
Attorneys for Plaintiff
Dana Gilbert

Dated: May 21, 2008

KEESAL, YOUNG & LOGAN

_____
Lisa M. Bertain
Christopher A. Stecher
Attorneys for Defendants
Citigroup, Inc. and Citibank, N.A.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____, 2008

_____
SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

WYNNE LAW FIRM
100 DRAKES LANDING ROAD
SUITE 275
GREENBRAE, CA 94904
(415) 461-6400
WWW.WYNNELAWFIRM.COM

2
JOINT STIPULATION AND [PROPOSED] ORDER PERMITTING FILING OF SECOND AMENDED COMPLAINT
C-08-0385-SC

# PROOF OF SERVICE

I am employed in the County of Marin; I am over the age of eighteen years and not a party to the within entitled action; my business address is 100 Drakes Landing Road, Suite 275, Greenbrae, CA 94904.

On **May 21, 2008**, I served the following document(s) on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

**JOINT STIPULATION AND [PROPOSED] ORDER PERMITTING FILING OF SECOND AMENDED COMPLAINT**

☑ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Lisa M. Bertain
Christopher A. Stecher
KEESAL, YOUNG & LOGAN
Four Embarcadero Center, Suite 1500
San Francisco, California 94111

☑ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 21, 2008 at Greenbrae, California.

Heidi Phillips

WYNNE LAW FIRM
100 DRAKES LANDING ROAD
SUITE 275
GREENBRAE, CA 94904
(415) 461-6400
WWW.WYNNELAWFIRM.COM

PROOF OF SERVICE