**WYNNE LAW FIRM**
Edward J. Wynne     (SBN 165819)
100 Drakes Landing Road Ste. 275
Greenbrae, CA 94904
Telephone: 415-461-6400
Facsimile: 415-461-3900

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA GILBERT, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITIGROUP, INC.,<br><br>Defendant. | Case No. C-08-0385-SC<br><br>PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES<br><br>[L.R. 3-16] |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: May 29, 2008

WYNNE LAW FIRM

_____
Edward J. Wynne
Attorneys for Plaintiff
Dana Gilbert

WYNNE LAW FIRM
100 DRAKES LANDING ROAD
SUITE 275
GREENBRAE, CA 94904
(415) 461-6400
WWW.WYNNELAWFIRM.COM

1
PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES, L.R. 3-16
C-08-0385-SC

**PROOF OF SERVICE**

I am employed in the County of Marin; I am over the age of eighteen years and not a party to the within entitled action; my business address is 100 Drakes Landing Road, Suite 275, Greenbrae, CA 94904.

On **May 29, 2008**, I served the following document(s) on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**

☑ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Lisa M. Bertain
Christopher A. Stecher
Keesal Young & Logan
Four Embarcadero Center, Suite 1500
San Francisco, California 94111

☑ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 29, 2008 at Greenbrae, California.

_____
Heidi Phillips

WYNNE LAW FIRM
100 DRAKES LANDING ROAD
SUITE 275
GREENBRAE, CA 94904
(415) 461-6400
WWW.WYNNELAWFIRM.COM

PROOF OF SERVICE