1   LISA M. BERTAIN, CASB No. 124646
    lisa.bertain@kyl.com
2   CHRISTOPHER A. STECHER, CASB No. 215329
    christopher.stecher@kyl.com
3   KEESAL, YOUNG & LOGAN
    A Professional Corporation
4   Four Embarcadero Center, Suite 1500
    San Francisco, California 94111
5   Telephone:    (415) 398-6000
    Facsimile:    (415) 981-0136
6
    Attorneys for Defendants
7   CITIGROUP, INC. and CITIBANK, N.A.

8

9                   UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11

12  DANA GILBERT, on her behalf and all     )   CLASS ACTION
    others similarly situated,              )
13                                          )   Case No. CV-08-0385-SC
                              Plaintiff,    )
14                                          )   *Action Filed: January 22, 2008*
             vs.                            )
15                                          )   **DEFENDANTS CITIGROUP, INC.**
    CITIGROUP, INC., CITIBANK, N.A.,        )   **AND CITIBANK, N.A.'S ANSWER TO**
16                                          )   **PLAINTIFF'S SECOND AMENDED**
                              Defendants.   )   **COMPLAINT**
17                                          )
                                            )
18                                          )
                                            )
19                                          )

20

21          Defendants CITIGROUP, INC. ("Citigroup") and CITIBANK, N.A.

22  ("Citibank")(collectively referred to as "Defendants") respond to Plaintiff DANA

23  GILBERT's ("Plaintiff") Second Amended Complaint on file herein (the "Complaint") and

24  admit, deny and allege as follows:

25                          **INTRODUCTION**

26          1.     With respect to Paragraph 1, Defendants admit that Plaintiff is

27  attempting to bring this action as a nationwide collective action. Other than as

28  specifically admitted, Defendants deny the allegations contained in Paragraph 1.

1   Defendants deny that collective action treatment in this case is appropriate.

2          2.      With respect to Paragraph 2, Defendants admit that Plaintiff is

3   attempting to bring this action as a class action. Other than as specifically admitted,

4   Defendants deny the allegations contained in Paragraph 2. Defendants deny that class

5   action treatment in this case is appropriate.

6          3.      With respect to Paragraph 3, Defendants lack sufficient information

7   and belief to admit or deny the allegations of Paragraph 3, and on that basis deny those

8   allegations.

9                            **SUMMARY OF CLAIMS**

10         4.      With respect to Paragraph 4, Defendants admit that Plaintiff is

11  attempting to bring this action as a nationwide collective action and purports to define a

12  certain class and subclasses. Other than as specifically admitted, Defendants deny the

13  allegations contained in Paragraph 4. Defendants deny that collective action or class

14  action treatment in this case is appropriate.

15         5.      With respect to Paragraph 5, Defendants admit that Plaintiff is

16  attempting to bring this action as a class action and purports to define a certain class

17  and subclasses. Other than as specifically admitted, Defendants deny the allegations

18  contained in Paragraph 5. Defendants deny that collective action or class action

19  treatment in this case is appropriate.

20         6.      With respect to Paragraph 6, Defendants admit that Plaintiff has

21  attempted to define the "Class" to include the "California Class" and the "Nationwide

22  Collective Class" as she has otherwise defined those terms in Paragraphs 4 and 5.

23  Defendants deny that collective action or class action treatment in this case is

24  appropriate.

25         7.      With respect to Paragraph 7, Defendants deny the allegations

26  contained therein. Defendants deny that collective action treatment in this case is

27  appropriate.

28         8.      With respect to Paragraph 8, Defendants deny the allegations

KYL_SF463222

DEFENDANTS' ANSWER TO COMPLAINT – CASE NO. CV 08 0385 SC

1  contained therein.  Defendants deny that class action treatment in this case is
2  appropriate.

3          9.      With respect to Paragraph 9, Defendants deny the allegations
4  contained therein.  Defendants deny that collective action or class action treatment in
5  this case is appropriate.

6                          **FACTUAL ALLEGATIONS**

7          10.     With respect to Paragraph 10, Defendants state that Plaintiff has not
8  defined the terms "inside salespeople" or "financial products."  In addition, based on the
9  vague description provided by Plaintiff of the class, specifically the "the functional
10  equivalent however titled," Defendants lack sufficient information and belief to admit or
11  deny the allegations related to those terms, and on that basis deny the allegations in
12  Paragraph 10.  Defendants deny that collective action or class action treatment in this
13  case is appropriate.

14         11.     With respect to Paragraph 11, Defendants deny the allegations
15  contained therein.  Defendants deny that collective action or class action treatment in
16  this case is appropriate.

17         12.     With respect to Paragraph 12, the statutes, regulations and wage
18  orders speak for themselves.  Plaintiff's shorthand statement of their requirements is
19  incomplete.  Defendants admit that non-exempt employees are eligible to receive
20  overtime pay for overtime work as defined by state and federal laws.  Except as
21  specifically admitted or denied, Defendants deny the allegations contained in Paragraph
22  12.

23         13.     With respect to Paragraph 13, the statutes, regulations and wage
24  orders speak for themselves.  Plaintiff's shorthand statement of their requirements is
25  incomplete.  Defendants deny the allegations contained therein.

26         14.     With respect to Paragraph 14, Defendants deny the allegations
27  contained therein.

28         15.     With respect to Paragraph 15, Defendants admit that Citibank

DEFENDANTS' ANSWER TO COMPLAINT – CASE NO. CV 08 0385 SC                KYL_SF463222

1    Business Banking Officers were, at times, compensated in part on a salary basis. Other

2    than as specifically admitted, Defendants deny the allegations contained in Paragraph

3    15.

4          16.    With respect to Paragraph 16, Defendants deny the allegations

5    contained therein.

6          17.    With respect to Paragraph 17, Defendants deny the allegations

7    contained therein.

8          18.    With respect to Paragraph 18, Defendants deny the allegations

9    contained therein.

10          19.    With respect to Paragraph 19, Defendants deny the allegations

11    contained therein.

12          20.    With respect to Paragraph 20, Defendants deny the allegations

13    contained therein.

14          21.    With respect to Paragraph 20, Defendants deny the allegations

15    contained therein.

16          22.    With respect to Paragraph 22, it is unclear what Plaintiff means by

17    the term "any specific degree." On that basis, Defendants lack sufficient information and

18    belief to admit or deny the allegations of Paragraph 22, and on that basis deny those

19    allegations.

20          23.    With respect to Paragraph 23, Defendants admit that the FLSA and

21    California law provide for certain exemptions to paying overtime. Other than as

22    specifically admitted, Defendants deny the allegations contained in Paragraph 23.

23          24.    With respect to Paragraph 24, Defendants state that Plaintiff has not

24    defined the term "financial products." In addition, based on the vague description

25    provided by Plaintiff of the class, including the "the functional equivalent however

26    titled," Defendants lack sufficient information and belief to admit or deny the allegations

27    in Paragraph 24. With respect to Plaintiff's characterization of the administrative

28    exemption, the statutes, regulations and wage orders speak for themselves. Plaintiff's

KYL_SF463222

1 | shorthand statement of their requirements is incomplete.  Defendants deny that

2 | collective action or class action treatment in this case is appropriate.

3 |         25.    Based on the vague description provided by Plaintiff of the class,

4 | including the "the functional equivalent however titled" and the vagueness of the term

5 | "true commission pay plan," Defendants lack sufficient information and belief to admit

6 | or deny the allegations of Paragraph 45, and on that basis deny the allegations therein.

7 | With respect to Plaintiff's characterization of the commissioned sales exemption, the

8 | statutes, regulations and wage orders speak for themselves.  Plaintiff's shorthand

9 | statement of their requirements is incomplete.

10 |         26.    With respect to Paragraph 26, Defendants deny the allegations

11 | contained therein.  Defendants deny that collective action or class action treatment in

12 | this case is appropriate.

13 |         27.    Defendants admit the allegations of Paragraph 27

14 |         28.    With respect to Paragraph 28, Defendants deny the allegations

15 | contained therein.

16 |         29.    With respect to Paragraph 29, Defendants deny the allegations

17 | contained therein.  Defendants deny that collective action or class action treatment in

18 | this case is appropriate.

19 |         30.    With respect to Paragraph 30, Defendants deny the allegations

20 | contained therein.  Defendants deny that collective action or class action treatment in

21 | this case is appropriate.

22 |         31.    With respect to Paragraph 31, Defendants deny the allegations

23 | contained therein.

24 |         32.    With respect to the allegations of Paragraph 32, Defendants admit

25 | that information regarding compensation paid to Plaintiff by Citibank is available to

26 | Citibank.  Defendants further admit that, for the time period that Plaintiff was an

27 | overtime-eligible employee, information regarding her daily hours worked is available to

28 | Citibank.  Defendants lack sufficient information and belief to admit or deny the

DEFENDANTS' ANSWER TO COMPLAINT – CASE NO. CV 08 0385 SC
KYL_SF463222

1  remaining allegations of Paragraph 32, and on that basis deny those allegations.

2         33.    With respect to Paragraph 33, Defendants deny the allegations

3  contained therein.

4                        **JURISDICTION AND VENUE**

5         34.    With respect to Paragraph 34, Defendants admit that Plaintiff has

6  alleged a claim pursuant to the Fair Labor Standards Act ("FLSA") and that the Court

7  has subject matter jurisdiction over the FLSA claim.  Defendants lack sufficient

8  information and belief to admit or deny the remaining allegations of Paragraph 34, and

9  on that basis deny those allegations.

10        35.    With respect to the allegations of Paragraph 35, Defendants lack

11 sufficient information and belief to admit or deny those allegations, and on that basis

12 deny those allegations.

13        36.    With respect to the allegations of Paragraph 36, Defendants lack

14 sufficient information and belief to admit or deny the allegations of Paragraph 36, and

15 on that basis deny those allegations.

16        37.    With respect to Paragraph 37, Defendants state that it consists of

17 conclusions of law requiring no answer.  To the extent that Paragraph 37 contains any

18 factual averments, Defendants deny the allegations contained therein.

19        38.    With respect to Paragraph 38, Defendants lack sufficient information

20 and belief to admit or deny the allegations of Paragraph 38, and on that basis deny those

21 allegations.

22                              **PARTIES**

23        39.    With respect to the allegations of Paragraph 37, Defendants admit

24 that Plaintiff was employed as a salaried Business Banking Officer for a certain time

25 period during her employment with Citibank.  Defendants deny that Plaintiff was not

26 properly compensated for all hours worked.  Except as specifically admitted or denied,

27 Defendants lack sufficient information and belief to admit or deny the remaining

28 allegations in this paragraph, and on that basis deny those allegations.

KYL_SF463222

DEFENDANTS' ANSWER TO COMPLAINT – CASE NO. CV 08 0385 SC

40.   With respect to the allegations of Paragraph 40, Defendants admit that Plaintiff was employed as a Business Banking Officer for a certain time period during her employment with Citibank.  Defendants further admit that Plaintiff worked out of more than one Citibank financial center at different times.  Other than as specifically admitted, Defendants deny the allegations contained in Paragraph 40.

41.   With respect to Paragraph 41, Defendants lack sufficient information and belief to admit or deny the allegations of Paragraph 41, and on that basis deny those allegations..

42.   With respect to Paragraph 42, Defendants admit that Citibank has financial centers in numerous states including California and conducts business at those financial centers and elsewhere.  Defendants further admit that, for a portion of the class period as defined by Plaintiff, Citibank employed Business Banking Officers.  Other than as specifically admitted, Defendants deny the allegations contained in Paragraph 42.  Defendants specifically deny that Citigroup ever employed Business Banking Officers in the State of California or otherwise.

## COLLECTIVE/CLASS ACTION ALLEGATIONS

43.   With respect to Paragraph 43, Defendants admit that Plaintiff is attempting to bring this action as a collective action and as a class action.  Other than as specifically admitted, Defendants deny the allegations contained in Paragraph 43.

44.   With respect to Paragraph 44, Defendants deny the allegations contained therein.

## Allegations Applicable To All Classes

45.   Based on the vague description provided by Plaintiff of the class, specifically the "the functional equivalent however titled," Defendants lack sufficient information and belief to admit or deny the allegations with respect to the number of "class members," and on that basis deny those allegations.  Defendants deny the remaining allegations in Paragraph 45.

46.   With respect to Paragraph 46, Defendants lack sufficient information

KYL_SF463222
DEFENDANTS' ANSWER TO COMPLAINT – CASE NO. CV 08 0385 SC

1    and belief to admit or deny the allegations of Paragraph 46, and on that basis deny those

2    allegations.  Defendants deny that class action treatment in this case is appropriate.

3           47.    With respect to Paragraph 47, Defendants deny the allegations

4    contained therein.  Defendants deny that class action treatment in this case is

5    appropriate.

6           48.    With respect to Paragraph 48, Defendants deny the allegations

7    contained therein.  Defendants deny that class and/or collective action treatment in this

8    case is appropriate.

9           49.    With respect to Paragraph 49, Defendants deny the allegations

10   contained therein.  Defendants deny that class action treatment in this case is

11   appropriate.

12          50.    With respect to Paragraph 50, Defendants deny the allegations

13   contained therein.  Defendants deny that class action treatment in this case is

14   appropriate.

15          **Allegations Specific To The Nationwide Collective Class**

16          51.    With respect to Paragraph 51, Defendants admit that Plaintiff is

17   attempting to bring this action as a nationwide collective action.  Other than as

18   specifically admitted, Defendants deny the allegations contained in Paragraph 51.

19   Defendants deny that collective action treatment in this case is appropriate.

20          52.    With respect to Paragraph 52, Defendants lack sufficient information

21   and belief to admit or deny the allegations of Paragraph 52, and on that basis deny those

22   allegations.  Defendants deny that collective action treatment in this case is appropriate.

23          **Allegations Specific To The California Class**

24          53.    With respect to Paragraph 53, Defendants admit that Plaintiff is

25   attempting to bring this action as a class action.  Other than as specifically admitted,

26   Defendants deny the allegations contained in Paragraph 53.  Defendants deny that class

27   action treatment in this case is appropriate.

28          54.    With respect to Paragraph 54, Defendants deny the allegations

DEFENDANTS' ANSWER TO COMPLAINT – CASE NO. CV 08 0385 SC                    KYL_SF463222

1  contained therein.  Defendants deny that class action treatment in this case is

2  appropriate.

3                              **COUNT ONE**

4        55.    With respect to Paragraph 55, Defendants reallege and incorporate

5  their admissions and denials as set forth in Paragraphs 1 through 54.

6        56.    With respect to the allegations in Paragraph 56, Defendants admit

7  that Plaintiff was employed by Defendant Citibank, and that Plaintiff's employment

8  with Defendant Citibank was governed by the FLSA.  Defendants deny the remaining

9  allegations of Paragraph 56.  Defendants specifically deny that Defendant Citigroup

10  employed Plaintiff or any Business Banking Officers.

11        57.    With respect to the allegations in Paragraph 57, Defendants admit

12  that Plaintiff was employed by Defendant Citibank.  Defendants specifically deny that

13  Defendant Citigroup employed Plaintiff or any Business Banking Officers.  Defendants

14  deny that collective action treatment in this case is appropriate.  Except as specifically

15  admitted or denied, Defendants lack sufficient information and belief to admit or deny

16  the remaining allegations in this paragraph, and on that basis deny those allegations.

17  Defendants deny that collective action treatment in this case is appropriate.

18        58.    With respect to Paragraph 58, Defendant Citibank denies that

19  during any time period it was required to pay overtime to Business Banking Officers

20  that it refused to do so.  Defendant Citigroup was never an employer of Plaintiff or any

21  Business Banking Officer.  Defendants deny that collective action treatment in this case

22  is appropriate.

23        59.    With respect to Paragraph 59, Defendants deny the allegations

24  contained therein.  Defendants deny that collective action treatment in this case is

25  appropriate.

26        60.    With respect to Paragraph 60, Defendants deny the allegations

27  contained therein.  Defendants deny that collective action treatment in this case is

28  appropriate.

DEFENDANTS' ANSWER TO COMPLAINT – CASE NO. CV 08 0385 SC          KYL_SF463222

1    61.    With respect to Paragraph 61, Defendants deny the allegations
2    contained therein.  Defendants deny that collective action treatment in this case is
3    appropriate.

4                            **COUNT TWO**

5    62.    With respect to Paragraph 62, Defendants reallege and incorporate
6    their admissions and denials as set forth in Paragraphs 1 through 61.

7    63.    With respect to Paragraph 63, Defendants deny the allegations
8    contained therein.  Defendants deny that collective action treatment in this case is
9    appropriate.

10    64.    With respect to Paragraph 64, Defendants deny the allegations
11    contained therein.  Defendants deny that collective action treatment in this case is
12    appropriate.

13    65.    With respect to Paragraph 65, Defendants deny the allegations
14    contained therein.  Defendants deny that collective action treatment in this case is
15    appropriate.

16    66.    With respect to Paragraph 66, Defendants deny the allegations
17    contained therein.  Defendants deny that collective action treatment in this case is
18    appropriate.

19                            **COUNT THREE**

20    67.    With respect to Paragraph 67, Defendants reallege and incorporate
21    their admissions and denials as set forth in Paragraphs 1 through 66.

22    68.    With respect to the allegations in Paragraph 68, the FLSA speaks for
23    itself.  Plaintiff's shorthand statement of its requirements is incomplete.  Except as
24    specifically admitted or denied, Defendants deny the remaining allegations contained in
25    Paragraph 68.

26    69.    With respect to Paragraph 69, Defendants deny the allegations
27    contained therein.  Defendants deny that class action treatment in this case is
28    appropriate.

1    70.    With respect to Paragraph 70, Defendants deny the allegations
2    contained therein. Defendants deny that class action treatment in this case is
3    appropriate.

4    71.    With respect to Paragraph 71, Defendants deny the allegations
5    contained therein. Defendants deny that class action treatment in this case is
6    appropriate.

7    72.    With respect to Paragraph 72, Defendants admit that Plaintiff is
8    attempting to seek the relief set forth. Defendants deny that Plaintiff is entitled to such
9    relief, or any relief whatsoever. Defendants deny that class action treatment in this case
10   is appropriate.

11                              **COUNT FOUR**

12   73.    With respect to Paragraph 73, Defendants reallege and incorporate
13   their admissions and denials as set forth in Paragraphs 1 through 72.

14   74.    With respect to the allegations in Paragraph 74, Defendants admit
15   that non-exempt employees generally must receive minimum wage for all hours worked.
16   Defendants specifically deny the remaining allegations of Paragraph 74.

17   75.    With respect to Paragraph 75, Defendants deny the allegations
18   contained therein. Defendants deny that class action treatment in this case is
19   appropriate.

20   76.    With respect to Paragraph 76, Defendants deny the allegations
21   contained therein. Defendants deny that class action treatment in this case is
22   appropriate.

23   77.    With respect to Paragraph 77, Defendants deny the allegations
24   contained therein. Defendants deny that class action treatment in this case is
25   appropriate.

26   78.    With respect to Paragraph 78, Defendants admit that Plaintiff seeks
27   the relief set forth. Defendants deny that Plaintiff is entitled to such relief, or any relief
28   whatsoever. Defendants deny that class action treatment in this case is appropriate.

DEFENDANTS' ANSWER TO COMPLAINT – CASE NO. CV 08 0385 SC                    KYL_SF463222

1

## COUNT FIVE

2      79.    With respect to Paragraph 79, Defendants reallege and incorporate

3  their admissions and denials as set forth in Paragraphs 1 through 78.

4      80.    With respect to Paragraph 80, the statutes, regulations and wage

5  orders speak for themselves.  Plaintiff's shorthand statement of their requirements is

6  incomplete.  Except as specifically admitted or denied, Defendants deny the allegations

7  contained in Paragraph 80.

8      81.    With respect to Paragraph 81, the statute speaks for itself.

9  Plaintiff's shorthand statement of its requirements is incomplete.  Except as specifically

10  admitted or denied, Defendants deny the allegations contained in Paragraph 81.

11      82.    Paragraph 82 assumes that Plaintiff and California Subclass A as

12  defined in the Complaint are entitled to premium pay during the entire time period

13  referenced in the Complaint, which Defendants deny, and on that basis deny the

14  allegations in Paragraph 82.  Defendants further deny that Citibank had a policy of

15  refusing to pay premium pay to overtime-eligible employees.

16      83.    With respect to Paragraph 83, Defendants deny the allegations

17  contained therein.  Defendants deny that class action treatment in this case is

18  appropriate.

19      84.    With respect to Paragraph 84, Defendants deny the allegations

20  contained therein.  Defendants deny that class action treatment in this case is

21  appropriate.

22      85.    With respect to Paragraph 85, Defendants admit that Plaintiff seeks

23  the relief set forth.  Defendants deny that Plaintiff is entitled to such relief, or any relief

24  whatsoever.  Defendants deny that class action treatment in this case is appropriate.

25

## COUNT SIX

26      86.    With respect to Paragraph 86, Defendants reallege and incorporate

27  their admissions and denials as set forth in Paragraphs 1 through 85.

28      87.    With respect to Paragraph 87, the statute speaks for itself.

KYL_SF463222

DEFENDANTS' ANSWER TO COMPLAINT – CASE NO. CV 08 0385 SC

1  Plaintiff's shorthand statement of its requirements is incomplete.  Except as specifically

2  admitted or denied, Defendants deny the allegations contained in Paragraph 87.

3      88.    With respect to Paragraph 88, Defendants deny the allegations

4  contained therein.  Defendants deny that class action treatment in this case is

5  appropriate.

6      89.    With respect to Paragraph 89, Defendants deny the allegations

7  contained therein.  Defendants deny that class action treatment in this case is

8  appropriate.

9      90.    With respect to Paragraph 90, Defendants deny the allegations

10  contained therein.  Defendants deny that class action treatment in this case is

11  appropriate.

12      91.    With respect to Paragraph 91, Defendants admit that Plaintiff seeks

13  the relief set forth.  Defendants deny that Plaintiff is entitled to such relief, or any relief

14  whatsoever.  Defendants deny that class action treatment in this case is appropriate.

15                         **COUNT SEVEN**

16      92.    With respect to Paragraph 92, Defendants reallege and incorporate

17  their admissions and denials as set forth in Paragraphs 1 through 91.

18      93.    With respect to Paragraph 93, Defendants deny the allegations

19  contained therein.  Defendants deny that class action treatment in this case is

20  appropriate.

21                         **COUNT EIGHT**

22      94.    With respect to Paragraph 94, Defendants reallege and incorporate

23  their admissions and denials as set forth in Paragraphs 1 through 93.

24      95.    With respect to Paragraph 95, Defendants deny the allegations

25  contained therein.  Defendants deny that class action treatment in this case is

26  appropriate.

27                         **COUNT NINE**

28      96.    With respect to Paragraph 96, Defendants reallege and incorporate

DEFENDANTS' ANSWER TO COMPLAINT – CASE NO. CV 08 0385 SC

KYL_SF463222

their admissions and denials as set forth in Paragraphs 1 through 95.

97.    With respect to Paragraph 80, the statutes and case law speak for themselves.  Plaintiff's shorthand statement of their requirements is incomplete.  Except as specifically admitted or denied, Defendants deny the allegations contained in Paragraph 97.

98.    With respect to Paragraph 98, Defendants deny the allegations contained therein.  Defendants deny that class action treatment in this case is appropriate.

99.    With respect to Paragraph 98, Defendants deny the allegations contained therein.  Defendants deny that class action treatment in this case is appropriate.

100.    With respect to Paragraph 100, Defendants admit that Plaintiff seeks the relief set forth.  Defendants deny that Plaintiff is entitled to such relief, or any relief whatsoever.  Defendants deny that class action treatment in this case is appropriate.

## COUNT TEN

101.    With respect to Paragraph 101, Defendants reallege and incorporate their admissions and denials as set forth in Paragraphs 1 through 100.

102.    With respect to Paragraph 102, Defendants deny the allegations contained therein.  Defendants deny that class action treatment in this case is appropriate.

## COUNT ELEVEN

103.    With respect to Paragraph 103, Defendants reallege and incorporate their admissions and denials as set forth in Paragraphs 1 through 102.

104.    With respect to Paragraph 104, Defendants deny the allegations contained therein.  Defendants deny that class action treatment in this case is appropriate.

105.    With respect to Paragraph 105, Defendants admit that Plaintiff

DEFENDANTS' ANSWER TO COMPLAINT – CASE NO. CV 08 0385 SC

1  seeks the relief set forth.  Defendants deny that Plaintiff is entitled to such relief, or any

2  relief whatsoever.  Defendants deny that class action treatment in this case is

3  appropriate.

### COUNT TWELVE

5      106.   With respect to Paragraph 106, Defendants reallege and incorporate

6  their admissions and denials as set forth in Paragraphs 1 through 105.

7      107.   With respect to Paragraph 107, Defendants deny the allegations

8  contained therein.  Defendants deny that class action treatment in this case is

9  appropriate.

10      108.   With respect to Paragraph 108, Defendants admit that Plaintiff

11  seeks the relief set forth.  Defendants deny that Plaintiff is entitled to such relief, or any

12  relief whatsoever.  Defendants deny that class action treatment in this case is

13  appropriate.

### ANSWER TO PRAYER FOR RELIEF

15      109.   Responding to the Prayer for Relief in the Complaint, Defendants

16  deny, that Plaintiff has been or will be damaged in the sums alleged, in any other sum,

17  or at all, by reason of any act or omission of Defendants.  Defendants further deny, that

18  the elements of relief sought are available to Plaintiff on the particular claims alleged.

19  Defendants further deny that collective action or class action treatment or relief is

20  appropriate in this case.

### AFFIRMATIVE DEFENSES

22      110.   AS A FIRST, SEPARATE AND DISTINCT AFFIRMATIVE

23  DEFENSE, Defendants allege that the Complaint, and each and every claim for relief

24  therein, fails to state a claim upon which relief may be granted.

25      111.   AS A SECOND, SEPARATE AND DISTINCT AFFIRMATIVE

26  DEFENSE, Defendants allege that the Complaint, and each cause of action therein, fails

27  to state facts sufficient to constitute a class or collective action against Defendants.

28      112.   AS A THIRD, SEPARATE AND DISTINCT AFFIRMATIVE

KYL_SF463222

DEFENDANTS' ANSWER TO COMPLAINT – CASE NO. CV 08 0385 SC

1  DEFENSE, Defendants allege that by reason of the conduct of Plaintiff, Plaintiff is
2  estopped to assert any right to relief.

3      113.   FOR A FOURTH SEPARATE AND DISTINCT AFFIRMATIVE
4  DEFENSE, Defendants state that any act or omission giving rise to Plaintiffs' action
5  was in good faith and that they had reasonable grounds for believing that their acts or
6  omissions did not violate any statute, regulation and/or law.

7      114.   FOR A FIFTH SEPARATE AND DISTINCT AFFIRMATIVE
8  DEFENSE, Defendants state that the damages for which Plaintiff seeks to hold
9  Defendants liable resulted in whole or in part from Plaintiff's acts or omissions, and
10  Defendants are in no way responsible for or liable to Plaintiff for her own wrongful or
11  negligent acts or omissions.

12      115.   FOR A SIXTH SEPARATE AND DISTINCT AFFIRMATIVE
13  DEFENSE, Defendants state that the Complaint is barred, in whole or in part, because
14  Defendants' alleged practices as set forth in the Complaint are not "unlawful" within the
15  meaning of Business & Professions Code §§ 17200, et seq.

16      116.   FOR A SEVENTH SEPARATE AND DISTINCT AFFIRMATIVE
17  DEFENSE, Defendants state that the Complaint is barred, in whole or in part, because
18  Defendants' alleged practices as set forth in the Complaint are not "unfair" within the
19  meaning of Business & Professions Code §§ 17200, et seq.

20      117.   FOR AN EIGHTH SEPARATE AND DISTINCT AFFIRMATIVE
21  DEFENSE, Defendants state that the Complaint is barred, in whole or in part, because
22  Defendants' alleged practices as set forth in the Complaint are not "fraudulent" within
23  the meaning of Business & Professions Code §§ 17200, et seq.

24      118.   FOR A NINTH SEPARATE AND DISTINCT AFFIRMATIVE
25  DEFENSE, Defendants state that Plaintiffs' claims are barred, in whole or in part, by
26  the applicable statutes of limitations, including but not limited to, California Code of
27  Civil Procedure sections 338(a), 339(1), and 340(a), California Business & Professions
28  Code section 17208, and 29 U.S.C. section 255(a).

KYL_SF463222
DEFENDANTS' ANSWER TO COMPLAINT – CASE NO. CV 08 0385 SC

119.    FOR A TENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, Defendants state that Plaintiff is not entitled to any penalty award under Section 203 of the California Labor Code or liquidated damages under the FLSA since, at all times relevant and material herein, Defendants did not willfully fail to comply with any provisions of the FLSA, the California Labor Code or applicable wage orders, but rather acted in good faith and had reasonable grounds for believing that they did not violate the FLSA, the California Labor Code or applicable wage orders.

120.    FOR AN ELEVENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, Defendants are informed and believe and thereon allege that by exercise of reasonable efforts, Plaintiff could have mitigated the amount of damages she allegedly suffered, but Plaintiff failed and/or refused and continues to fail and/or refuse, to exercise reasonable efforts to mitigate her alleged damages, if any.

121.    FOR A TWELFTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, Defendants state that the Complaint, and each and every cause of action alleged therein, is barred in whole or in part since, at certain times relevant and material herein, Plaintiff and other individuals in the putative class she seeks to represent were exempt from the overtime compensation requirements by virtue of one or more of the exemptions contained in the applicable federal and California wage and hour laws.

122.    FOR A THIRTEENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, Defendants state that Plaintiff's claims, and the claims of each putative member of each purported subclass defined in the Complaint, are barred in whole or in part by the doctrine of laches.

123.    FOR A FOURTEENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, Defendants state that Plaintiff's claims for injunctive relief are barred because Plaintiff has an adequate and complete remedy at law, and/or Plaintiff cannot make the requisite showing to obtain injunctive relief.

124.    FOR A FIFTEENTH SEPARATE AND DISTINCT AFFIRMATIVE

- 17 -

1  DEFENSE, Defendants state that the Complaint is not proper for treatment as a class

2  action or collective action; Plaintiff therefore lacks standing to represent the individuals

3  she purports to represent.

4          125.  FOR A SIXTEENTH SEPARATE AND DISTINCT AFFIRMATIVE

5  DEFENSE, Defendants state the FLSA preempts Plaintiff's State law causes of action in

6  that the application of California law to an alleged violation of the FLSA would

7  impermissibly frustrate and undermine the remedial framework adopted by Congress

8  for alleged violations of the FLSA.  Specifically, *inter alia*, (i) Congress has mandated an

9  opt-in collective action procedure for claims under the FLSA, while Plaintiff seeks to

10  bring the claims on behalf of herself and the putative members of each purported

11  subclass defined in the Complaint as an opt-out class pursuant to Rule 23 of the Federal

12  Rules of Civil Procedure; and (ii) Congress has established a two-year statute of

13  limitations for violations of the FLSA, whereas Plaintiff seeks to apply a four-year

14  statute of limitations under the California Business and Professional Code, §§ 17200, *et*

15  *seq.*

16          126.  FOR A SEVENTEENTH SEPARATE AND DISTINCT

17  AFFIRMATIVE DEFENSE, Defendants state that Plaintiff's claims are barred in whole

18  or in part to the extent that Plaintiff was paid all money due.

19          127.  FOR AN EIGHTEENTH SEPARATE AND DISTINCT

20  AFFIRMATIVE DEFENSE, Defendants state that any alleged "off the clock" work by

21  Plaintiff was *de minimis* and thus not compensable under California or federal law.

22          128.  FOR A NINETEENTH SEPARATE AND DISTINCT AFFIRMATIVE

23  DEFENSE, Defendants state that the Complaint, and each claim for relief contained

24  therein, is barred because certain putative class members may have waived and/or

25  released some or all of the claims asserted in the Complaint.

26          129.  AS A TWENTIETH SEPARATE AND DISTINCT AFFIRMATIVE

27  DEFENSE, Defendants allege that the Court lacks jurisdiction over Plaintiff's claims to

28  the extent one or more of the parties have entered into an agreement to individually

1  arbitrate all employment related claims.

2      130.   FOR A TWENTY-FIRST SEPARATE AND DISTINCT

3  AFFIRMATIVE DEFENSE, Defendants state that the Complaint is barred in its

4  entirety as to Defendant Citigroup because Citigroup did not employ Plaintiff or the

5  putative class she seeks to represent.

6      131.   FOR A TWENTY-SECOND SEPARATE AND DISTINCT

7  AFFIRMATIVE DEFENSE, Defendants state that Defendants do not presently know all

8  of the facts and circumstances respecting Plaintiff's claims.  Defendants reserve the

9  right to amend this Answer should they later discover facts demonstrating the existence

10  of additional affirmative defenses.

11

12                             **PRAYER**

13      WHEREFORE, Defendants pray for judgment as follows:

14      1.    That certification as a collective action under the FLSA be denied;

15      2.    That class certification be denied;

16      3.    That Plaintiff take nothing by reason of her Complaint;

17      4.    That the Complaint be dismissed in its entirety with prejudice;

18      5.    That judgment be entered for Defendants;

19      6.    That Defendants be awarded their costs and reasonable attorneys'

20          fees according to proof; and

21      7.    That Defendants be awarded such other relief as the Court may

22          deem just and proper.

23
24  DATED: June 24, 2008

25                            LISA M. BERTAIN
                          CHRISTOPHER A. STECHER

26                            KEESAL, YOUNG & LOGAN
                          Attorneys for Defendants

27                            CITIGROUP, INC. AND CITIBANK, N.A.

28