```
 1  LISA M. BERTAIN, CASB No. 124646
    lisa.bertain@kyl.com
 2  CHRISTOPHER A. STECHER, CASB No. 215329
    christopher.stecher@kyl.com
 3  KEESAL, YOUNG & LOGAN
    A Professional Corporation
 4  Four Embarcadero Center, Suite 1500
    San Francisco, California 94111
 5  Telephone:  (415) 398-6000
    Facsimile:  (415) 981-0136
 6
    Attorneys for Defendants
 7  CITIGROUP, INC. and CITIBANK, N.A.
 8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA GILBERT, on her behalf and all others similarly situated,<br><br>          Plaintiff,<br><br>vs.<br><br>CITIGROUP, INC., CITIBANK, N.A.,<br><br>          Defendants. | CLASS ACTION<br><br>Case No. CV-08-0385-SC<br><br>*Action Filed: January 22, 2008*<br><br>**NOTICE OF CHANGE OF ADDRESS** |

### NOTICE OF CHANGE OF ADDRESS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT, as of July 11, 2008, the attorneys for Defendants CITIGROUP, INC. and CITIBANK, N.A. have changed their address for service of notices and documents in the above-captioned action.

Our telephone and fax numbers remain the same. The new address as of July 11, 2008 is as follows:

```
 1        Lisa M. Bertain, Esq.
          Christopher A. Stecher, Esq.
 2        KEESAL, YOUNG & LOGAN
          450 Pacific Avenue
 3        San Francisco, CA 94133
 4
 5        All notices and documents regarding the action should be sent to the above
 6   address.
 7
 8
     DATED: July 11, 2008                    /s/ Christopher A. Stecher
 9                                           LISA M. BERTAIN
10                                           CHRISTOPHER A. STECHER
                                             KEESAL, YOUNG & LOGAN
11                                           Attorneys for Defendants
                                             CITIGROUP, INC. AND CITIBANK, N.A.
12
```

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

    I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, Four Embarcadero Center, Suite 1500, San Francisco, California 94111.

    On the date indicated below, I served the foregoing documents described as **NOTICE OF CHANGE OF ADDRESS** on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

    WYNNE LAW FIRM
    Edward J. Wynne
    100 Drakes Landing Road, Suite 275
    Greenbrae, CA 94904
    Tel: (415) 461-6400
    Fax: (415) 461-3900

    ☒    BY U.S. MAIL: I enclosed the documents in a sealed envelope or package addressed to the above-named persons at the addresses exhibited therewith and (specify one):

    ☐    I deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

    ☒    I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California.

    ☐    BY OVERNIGHT DELIVERY: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the above-named persons at the addresses exhibited therewith. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

    ☐    BY FACSIMILE: Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the above-named persons at the fax numbers exhibited therewith. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

    ☐    BY PERSONAL SERVICE: I personally delivered the documents to the

above-named persons at the addresses exhibited therewith. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☐ E-MAIL OR ELECTRONIC TRANSMISSION: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the above-named persons at the e-mail addresses exhibited therewith. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ BY ELECTRONIC: I caused the above-entitled document(s) to be served through LexisNexis Courtlink addressed to all parties appearing on the LexisNexis Courtlink electronic service list for the above-entitled case. The file transmission was reported as completed and a copy of the "LexisNexis Courtlink Filing Receipt" page(s) will be maintained with the original document(s) in our office.

☒ BY CM/ECF: The document was electronically served on the parties to this action via the mandatory United States District Court of California CM/ECF system upon electronic filing of above-described document.

Executed on July 18, 2008 at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

*[signature]*
_____
MENCHIE GARCIA