UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dana Gilbert

            Plaintiff(s),

    v.

Citigroup, Inc. and Citibank, N.A.

            Defendant(s).
_____/

Case No. C-08-0385-SC

ADR CERTIFICATION BY PARTIES
AND COUNSEL

       Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

       (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

       (2) Discussed the available dispute resolution options provided by the Court and private entities; and

       (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: July 7, 2008

                                            Elizabeth Hook
                                            for Citibank, N.A.
                                            [Party]

Dated: July 1, 2008

                                            Christopher A. Stecher
                                            [Counsel]