UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES</u>

C-08-385            SAMUEL CONTI            DATE August 15, 2008
Case Number         Judge

Title: DANA GILBERT            vs CITIGROUP, INC.

Attorneys: EDWARD WYNNE            LISA BERTAIN, CHRISTOPHER STECHER

Deputy Clerk: T. De Martini    Court Reporter: Kathy Sullivan

Court   Pltf's   Deft's
(XXX)   ( )     ( )    1. Status Conference - Held

( )     ( )     ( )    2.

( )     ( )     ( )    3.

( )     ( )     ( )    4.

( )     ( )     ( )    5.

(   )Motion(s): ( )Granted ( )Denied ( )Withdrawn

(   )Granted/Denied (   )Off Calendar (   )Submitted

Order to be Prepared by:(   )Pltf (   )Deft (   )Court

Discovery Cutoff:_____ Pretrial Statements Due_____

Case Continued to_____ for Pretrial Conference

Case Continued to_____ for Court/Jury Trial

Case Continued to 12/5/08 @ 10:00 a.m. for Further Status Conference

Case Continued to_____ for_____

ORDERED AFTER HEARING: Parties to submit a stipulated briefing schedule as to the motions they want to file.

cc: