United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA GILBERT, et al., | No. C 08-0385 SC (JL) |
| Plaintiffs, | |
| v. | **ORDER RE PLAINTIFFS' STATEMENT ON DISCOVERY ORDER (Docket # 90)** |
| CITIGROUP, INC, | |
| Defendants. _____/ | |

    This Court received the Plaintiffs' Statement re Demand that Defendants Comply with Prior Court Order, referring to this Court's discovery order issued April 2, 2009, ordering Defendants to identify and provide contact information for all Business Bankers.

    Plaintiffs request that the Notice of Collective Action and Consent to Join Form be sent to all Business Banking Officers. Defendants oppose this request, and accordingly have refused to provide contact information for any Business Bankers who began their employment after Business Bankers were transitioned into the Business Banking Officer position. This Court contacted the trial judge, Hon. Samuel Conti, to ascertain his intent with respect to the class notices.

1  Judge Conti confirms that he intends that the class notice should go out to only
2 those Business Bankers who were formerly Business Banking Officers, not to Business
3 Bankers who were never Business Banking Officers.
4  Accordingly, this Court modifies its previous order to require Defendants to identify
5 and provide contact information for only those Business Bankers who were formerly
6 Business Banking Officers.
7  IT IS SO ORDERED.
8 DATED: July 1, 2009

*James Larson*
_____
JAMES LARSON
U.S. Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIV-REF\08-0385\Order re 90.wpd